**Order entered September 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00855-CV

### MICHAEL WARD, Appellant

### V.

### WAYNE STANFORD, ET AL., Appellees

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 08-12624-B**

## ORDER

The Court has before it Thomas F. Allen, Jr.'s September 13, 2013 unopposed motion for leave to withdraw as counsel for appellee Travis Ward. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to remove Mr. Allen as counsel for Mr. Ward.

/s/    ELIZABETH LANG-MIERS
        JUSTICE